IN THE SUPREME COURT OF TEXAS

 No. 04-0140

 IN RE OMNI HOTELS MANAGEMENT CORPORATION AND OMNI HOTELS FRANCHISING
 COMPANY, L.L.C.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed February 17, 2004,
is granted. All underlying proceedings in Cause No. 02-2865-A-1, styled
In The Matter of The Estate of Matt King, Jr., deceased, in the Probate
Court No 1 of Tarrant County, Texas, is stayed pending further order of
this Court.

 2. The parties are requested to file full briefing. See attached
briefing schedule.

 Done at the City of Austin, this February 24, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk